DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN WALLACH** and **SABRINA WALLACH,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY N.A.,** not in its Individual Capacity, but Solely as Trustee of **NRZ PASS-THROUGH TRUST EBO 1 FOR THE BENEFIT OF THE SERIES 2017-2,**
Appellee.

No. 4D21-424

[January 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE-19-015495.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale Beach, for appellants.

Shakiva L. Brown and Nicole R. Topper of Blank Rome LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***